**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

YARITZA HERNANDEZ,

        Plaintiff,

vs.

CHARLIE TABILANGAN, *et al.*,

        Defendants.

2:19-cv-01528-JCM-DJA

**ORDER**

Before the court is the Motion for Waiver of Physical Attendance of Insurance Carrier at ENE (ECF No. 8).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Motion for Waiver of Physical Attendance of Insurance Carrier at ENE (ECF No. 8) must be filed on or before September 25, 2019.

DATED this 17th day of September, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE