FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendants,
LVGV, LLC and Penn National Gaming, Inc.
and Charlie Tabilangan

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YARITZA HERNANDEZ, an individual;<br><br>Plaintiff,<br><br>v.<br><br>CHARLIE TABILANGAN, an individual; LVGV, LLC dba THE M RESORT SPA CASINO, a Nevada Corporation; PENN NATIONAL GAMING, INC., a Pennsylvania Corporation; EMPLOYEES/AGENTS DOES 1-10; and ROE CORPORATIONS 11-20, INCLUSIVE,<br><br>Defendants. | Case No. 2:19-cv-01528-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO REPLY TO OPPOSITION TO MOTION TO STRIKE JURY DEMAND**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have an extension of time up to and including the dispositive motion deadline be extended up to and including July 9, 2021 to reply to Plaintiff Yaritza Hernandez's Opposition to Defendants' Motion to Strike Jury Demand (ECF No. 45). This is the first request for an extension of this deadline. Defendant has deadlines and events in other matters, including depositions on June 28-30. Defendants' Alternative Motion to Strike Plaintiff's Demand for Jury Trial (ECF No.

42) was filed on June 9, 2021.

| | |
|---|---|
| ISSO & ASSOCIATES | FISHER & PHILLIPS LLP |
| By: /s/ Peter Isso, Esq.<br>8275 S. Eastern<br>Suite 200<br>Las Vegas, Nevada 89123<br>Attorneys for Plaintiff | By: /s/ Scott M. Mahoney, Esq.<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendants |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: June 28, 2021

FP 40902270.1