1 FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
2 Nevada Bar No. 1099
3 300 S. Fourth Street
Suite 1500
4 Las Vegas, NV  89101
Telephone: (702) 252-3131
5 E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendants,
6 LVGV, LLC, Penn National Gaming, Inc.
7 and Charlie Tabilangan

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YARITZA HERNANDEZ, an individual; | Case No. 2:19-cv-01528-JCM-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO WITHDRAW DEFENDANTS' ALTERNATIVE MOTION TO STRIKE PLAINTIFF'S DEMAND FOR JURY TRIAL** |
| v. | |
| CHARLIE TABILANGAN, an individual; LVGV, LLC dba THE M RESORT SPA CASINO, a Nevada Corporation; PENN NATIONAL GAMING, INC., a Pennsylvania Corporation; EMPLOYEES/AGENTS DOES 1-10; and ROE CORPORATIONS 11-20, INCLUSIVE, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants' Alternative Motion to Strike Plaintiff's Demand for Jury Trial (ECF No. 42) will be withdrawn and that, if necessary, the case continue to proceed as a jury trial.  Defendants' Motion for Summary Judgment (ECF No. 40) remains pending

- 1 –

FP 44397260.1

for the Court's consideration and is unaffected by this Stipulation and Order.

| ISSO & ASSOCIATES | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Peter Isso, Esq.<br>8275 S. Eastern<br>Suite 200<br>Las Vegas, Nevada 89123<br>Attorneys for Plaintiff | By: /s/ Scott M. Mahoney, Esq.<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendants |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: July 1, 2022

- 2 –

FP 44397260.1