FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendants,
LVGV, LLC, Penn National Gaming, Inc.
and Charlie Tabilangan

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YARITZA HERNANDEZ, an individual;<br><br>Plaintiff,<br><br>v.<br><br>CHARLIE TABILANGAN, an individual; LVGV, LLC dba THE M RESORT SPA CASINO, a Nevada Corporation; PENN NATIONAL GAMING, INC., a Pennsylvania Corporation; EMPLOYEES/AGENTS DOES 1-10; and ROE CORPORATIONS 11-20, INCLUSIVE,<br><br>Defendants. | Case No. 2:19-cv-01528-JCM-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record, pursuant to the Court's Order Setting Settlement Conference (ECF No. 59), that the Settlement Conference currently set for November 7, 2022 at 10:00 a.m. be continued due to a scheduling conflict of M Resort's corporate representative.  The parties propose the following five alternative dates: November 9, November 10, November 16, November 17 and November 18.  This is the first request for a

- 1 –

FP 45287444.1

continuance of the Settlement Conference.

| ISSO & ASSOCIATES | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Peter Isso, Esq.<br>8275 S. Eastern<br>Suite 200<br>Las Vegas, Nevada 89123<br>Attorneys for Plaintiff | By: /s/ Scott M. Mahoney, Esq.<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendants |

**IT IS SO ORDERED**.  The settlement conference scheduled for November 7, 2022 is VACATED and **RESET** for **November 9, 2022** at **10:00 a.m.**

**IT IS FURTHER ORDERED** that all other provisions of the Court's prior Order (ECF No. 59) shall remain in effect.

DATED:  October 5, 2022.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE