```
                    UNITED STATES DISTRICT COURT

                          DISTRICT OF NEVADA

YARITZA HERNANDEZ,              )    CASE NO. 2:19-cv-01528-JCM-DJA
                                )
          Plaintiff,            )
                                )
     vs.                        )
                                )
CHARLIE TABILANGAN, et al.,     )    ORDER TEMPORARILY
                                )    UNSEALING RECORDING OF
          Defendants.           )    SETTLEMENT
_____)
```

On November 29, 2022, Paige Christian, Court Reporter, received a Transcript Order form requesting a transcript of the Settlement Conference held on November 9, 2022, from Scott Mahoney, Esq., with Fisher & Phillips, LLP, in which a portion of the hearing was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Scott Mahoney, Esq., with Fisher & Phillips, LLP.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this __1st__ day of __December__, 2022.

_____
Daniel J. Albregts, U.S. Magistrate Judge