# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| YARITZA HERNANDEZ, | Case No. 2:19-cv-01528-JCM-DJA |
| Plaintiff, | **ORDER SETTING HEARING** |
| v. | |
| CHARLIE TABILANGAN, et al., | |
| Defendants. | |

IT IS ORDERED that a hearing is set on Defendant's Motion to Enforcement Settlement Agreement (ECF No. 70) for **Friday, February 17, 2023, at 11:00 a.m.** in **Courtroom 3A**, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

IT IS FURTHER ORDERED that Plaintiff Yaritza Hernandez must be present at the hearing.

IT IS FURTHER ORDERED that Plaintiff's counsel must serve a copy of this order on Plaintiff and file proof of that service by February 1, 2023.

DATED: January 24, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE